# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 23 B 08754 |
| | ) | |
| ROBERT V. HATCH, and | ) | Chapter 13 |
| ERIN L. HATCH, | ) | |
| Debtors. | ) | Hon. Janet S. Baer |

## NOTICE OF MOTION OF FIRST INVESTORS FINANCIAL SERVICES
## FOR RELIEF FROM STAY

VIA ELECTRONIC NOTICE:

To:  Glenn B. Stearns (Trustee)            David H. Cutler (Debtors' Counsel)
     801 Warrenville Road, Suite 650        Cutler & Associates, Ltd.
     Lisle, Illinois 60532                  4131 Main Street
                                            Skokie, Illinois 60076

VIA U.S. MAIL:

To:  Robert V. Hatch & Erin L. Hatch (Debtors)
     452 Harbor Terrace
     Bartlett, Illinois 60103

Please take notice that on May 3, 2024 at 9:30 a.m., I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in courtroom 615 of the Dirksen U.S. Courthouse at 219 South Dearborn, Chicago, Illinois, **or** electronically as described below, and present the Motion of First Investors Financial Services for Relief from Stay, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is **160 731 2971** and the passcode is **587656**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

          Respectfully submitted,

          FIRST INVESTORS FINANCIAL SERVICES,
          Creditor,

          By: ___/s/ Cari A. Kauffman___
          One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on April 19, 2024, before the hour of 5:00 p.m.

          ___/s/ Cari A. Kauffman___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 23 B 08754 |
| | ) | |
| ROBERT V. HATCH, and | ) | Chapter 13 |
| ERIN L. HATCH, | ) | |
| Debtors. | ) | Hon. Janet S. Baer |

### MOTION OF FIRST INVESTORS FINANCIAL SERVICES
### FOR RELIEF FROM STAY

FIRST INVESTORS FINANCIAL SERVICES ("First Investors"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2024), and such other Sections and Rules may apply, to enter an Order granting relief from the stay provided therein. In support thereof, First Investors states as follows:

1. On July 4, 2023, Robert V. Hatch and Erin L. Hatch ("Debtors") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code. On September 15, 2023, Debtors filed an Amended Chapter 13 Plan, which provides for direct payments from Debtors to First Investors on First Investors's secured claim, and which was confirmed on September 22, 2023.

2. First Investors is a creditor of the Debtors with respect to a certain indebtedness secured by a lien upon a 2015 Crestliner Super Hawk ID# 43j415 and a 2015 Shoreline Trailer bearing a Vehicle Identification Number of 1MDAJAU17FA565278 (the "Vehicle"). (See Ex. "A").

3. As set forth in the Retail Installment Contract attached as Exhibit "A", Debtors were required to tender equal monthly payments to First Investors, each in the sum of $143.67 with an interest rate of 5.11%. (See Ex. "A").

4. Debtors have failed to make required payments to First Investors due on and after October 13, 2023, resulting in a current default of $1,005.69; the next payment of $143.67 comes due on May 13, 2024.

5. The current outstanding principal balance due to First Investors from the Debtors for the Vehicle is $14,131.12.

6. Debtors have failed to provide First Investors or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying First Investors as the lienholder/loss payee.

7. As such, First Investors seeks relief from the automatic stay so that First Investors may take possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtors.

8. Debtors have not offered, and First Investors is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtors have no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtors.

9. First Investors will suffer irreparable injury, harm, and damage should it be delayed in taking possession of and foreclosing its security interest in the Vehicle.

10. First Investors requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** First Investors Financial Services respectfully requests that this Court enter an Order, as attached hereto, granting relief from the stay provided by Section 362 of the Bankruptcy Code to permit First Investors to pursue its nonbankruptcy remedies with respect to the 2015 Crestliner Super Hawk ID# 43j415 and 2015 Shoreline Trailer motor vehicle bearing a Vehicle Identification Number of 1MDAJAU17FA565278; and, for such other, further, and different relief as this Court deems just and proper.

        Respectfully submitted,

        FIRST INVESTORS FINANCIAL SERVICES,
        Creditor,

        By: ___/s/ Cari A. Kauffman___
        One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)